Case Number:  1:21-cv-02920-MEH
CRINER v. CRP-GREP OVERTURE 9CO OWNER, L.L.C., et al.

Page 1 of 2

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 DEC 10 PM 2: 14

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:21-cv-02920-MEH

CARMEN CRINER

                    Plaintiff,

vs.

CRP-GREP OVERTURE 9CO OWNER, L.L.C., company
GREYSTAR REAL ESTATE PARTNERS, LLC, company
JESSICA DOUGLASS, individual,
EMILY GLANDER, individual,
BOB FAITH, individual
RESIDENT VERIFY, LLC, company
ENTRATA, INC., corporation

                    Defendants.

---

## Motion to Strike and to Seal Documents 11 and 12

---

On December 8, 2021, Plaintiff filed a Motion for Appointment of Counsel to be filed in Case

Number:  1:21-cv-02693-MEH. Case Name:  Criner v. PPF AMLI 10020 TRAINSTATION

CIRCLE, LLC, d/b/a AMLI RIDGEGATE et al.

On December 9, 2021, the motion was mistakenly misfiled by the Court and has been Denied.

See Documents 11 and 12.

Plaintiff requests to the Court that both documents be stricken from the docket record and

permanently sealed from Case No.: 1:21-cv-02920-MEH.

Case Number:  1:21-cv-02920-MEH
CRINER v. CRP-GREP OVERTURE 9CO OWNER, L.L.C., et al.                              Page **2** of **2**

Respectfully submitted on this _10th_ day of _December_ , 2021.

s/ _Carmen Criner_
Carmen Criner
Pro Se Plaintiff
2355 Mercantile St., Apt. 1412
Castle Rock, CO 80109
Telephone: (720) 481-4566
Email: crinermarquita@gmail.com