FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 JAN 24 AM 10: 27
JEFFREY P. COLWELL
CLERK
BY______DEP. CLK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-1:21-cv-02920-MEH

CARMEN CRINER

Plaintiff,

v.

CRP-GREP OVERTURE 9CO OWNER, L.L.C., company
GREYSTAR REAL ESTATE PARTNERS, LLC, company
GREP Southwest, LLC, a corporation,
JESSICA DOUGLASS, individual,
EMILY GLANDER, individual,
BOB FAITH, individual
RESIDENT VERIFY, LLC, company
ENTRATA, INC., corporation

Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carmen Criner hereby dismisses, with prejudice, all causes of action in the First Amended Complaint as to Defendants Resident Verify, LLC ("Resident Verify") and Entrata, Inc. ("Entrata") only. Resident Verify and Entrata have filed neither an answer to the complaint nor a motion for

summary judgment as to Plaintiff's claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Respectfully submitted this 24th day of January 2022.

Carmen Criner

Carmen Criner
Pro Se Plaintiff
2355 Mercantile Street, Apt. 1412
Castle Rock, CO 80109
(720) 481-4566
marqcriner1964@gmail.com

## CERTIFICATE OF SERVICE

I certify that, on the date set forth below, the foregoing **JOINT STIPULATION OF DISMISSAL** was filed in the U.S. District Court for the District of Colorado.

I further certify that, on the date set forth below, the same document was served on defendants' counsel listed below by U.S. Postal Service First Class Mail.

Submitted this 24th day of January 2022.

s/ Carmen Criner
Carmen Criner
Pro Se Plaintiff
2355 Mercantile St., Apt. 1412
Castle Rock, CO 80109
Telephone: (720) 481-4566
Email: crinermarquita@gmail.com

Kelsey Christine Boehm
Foley & Lardner LLP
1400 16th Street Mall, Suite 200
Denver, CO 80202
720-437-2000
kboehm@foley.com

***Attorney for Resident Verify, LLC and Entrata, Inc.***

William Neal Hollington
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 773-3500
nhollington@hallbothsmith.com

Bradley N. Shefrin
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 773-3500
bshefrin@hallboothsmith.com

***Attorneys for* CRP-GREP Overture 9CO Owner, L.L.C., Greystar Real Estate Partners, LLC, GREP Southwest, LLC, Jessica Douglass, Emily Glander, Bob Faith.**