IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02920-MEH

CARMEN CRINER

                Plaintiff,

v.

CRP-GREP OVERTURE 9CO OWNER, L.L.C., company
GREYSTAR REAL ESTATE PARTNERS, LLC, company
GREP SOUTHWEST, LLC, a corporation
JESSICAL DOUGLASS, individual
EMILY GLANDER, individual
BOB FAITH, individual

                Defendants.

## STIPULATED MOTION FOR AN ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

Plaintiff Carmen Criner and Defendants CRP-Grep Overture 9CO Owner LLC, Greystar Real Estate Partners LLC, Grep Southwest LLC, Jessica Douglass, Emily Glander, and Bob Faith having fully resolved the claims in this case, jointly move this Court pursuant to Fed.R.Civ.P. 41(a)(2), to issue an Order dismissing all claims with prejudice, with each party to be responsible for their respective costs and fees.

Respectfully submitted February 16, 2022,      **CARMEN CRINER**

                                                                 */s/ Carmen Criner*
                                                                 2355 Mercantile St., Apt. 1412
                                                                 Castle Rock, CO 80109
                                                                 *Pro Se Plaintiff*

- 2 -

HALL BOOTH SMITH, P.C.

/s/*Bradley N. Shefrin*
Bradley N. Shefrin
W. Neal Hollington

*Attorneys for Defendants CRP-Grep Overture 9CO Owner LLC, Greystar Real Estate Partners LLC, Grep Southwest LLC, Jessica Douglass, Emily Glander, and Bob Faith.*