IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02920-MEH

CARMEN CRINER,

    Plaintiff,

v.

CRP-GREP OVERTURE 9CO OWNER LLC,
GREP SOUTHWEST, LLC,
GREYSTAR REAL ESTATE PARTNERS LLC,
BOB FAITH,
JESSICA DOUGLASS, and
EMILY GLANDER,

    Defendants.

---

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the parties' Stipulated Motion for an Order Dismissing All Claims with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Motion [filed February 16, 2022; ECF 48] is **granted**. All claims are hereby dismissed with prejudice, with each party to be responsible for their respective costs and fees.

    The Clerk of Court shall **close** this case.

    Dated and entered at Denver, Colorado, this 17th day of February, 2022.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge